RECEIVED

NOV 3 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL BLANSON (#086849)     DOCKET NO. 12-CV-749; SEC. P

VERSUS                        JUDGE JAMES T. TRIMBLE, JR.

JAMES LEBLANC, ET AL.         MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be DENIED AND DISMISSED with prejudice for failing to state a claim for which relief may be granted; the claim for monetary damages is dismissed with prejudice until such time as the Heck conditions are satisfied.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 30th day of November , 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE